UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>ANDREW JACKSON MORGAN,<br><br>        Defendant. | Case No. 21-cr-313 (TJK) |

MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, Jose A. German, respectfully moves this Honorable Court for an order allowing counsel to withdraw as attorney of record for Andrew J. Morgan.

Counsel was appointed to represent Mr. Morgan at his initial appearance on April 9, 2021. On June 3, 2021, Assistant Federal Public Defender Michael Neal entered his notice of appearance as counsel for Mr. Morgan.

Accordingly, undersigned counsel moves this Court for permission to withdraw as attorney for Mr. Morgan.

                                        Respectfully submitted,

                                        A.J. Kramer
                                        Federal Public Defender

                                        */s/*
                                        Jose A. German
                                        Assistant Federal Public Defender
                                        625 Indiana Avenue, N.W., Suite 550
                                        Washington, D.C.  20004
                                        (202) 208-7500