UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>   v.<br><br>ANDREW JACKSON MORGAN,<br><br>             Defendant. | Case No. 21-cr-313 (TJK) |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, Michael M. Neal, respectfully moves this Honorable Court for an order allowing counsel to withdraw as attorney of record for Andrew Jackson Morgan.

On June 30, 2021, Assistant Federal Public Defender John P. Calhoun enter his notice of appearance as counsel for Mr. Morgan.

Accordingly, undersigned counsel moves this Court for permission to withdraw as attorney for Mr. Morgan.

                                 Respectfully Submitted,

                                 Maureen Scott Franco
                                 Federal Public Defender

                                   /S/
                                 MICHAEL M. NEAL
                                 Assistant Federal Public Defender
                                 Western District of Texas
                                 Richard C. White Federal Building
                                 700 E. San Antonio, D-401
                                 El Paso, Texas 79901
                                 (915) 534-6525
                                 *Attorney for Defendant*